**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>AMARYLLIS SANTIAGO<br><br>Debtor(s) | Case No. 17-09143 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/22/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/01/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,937.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $9,937.00

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $457.09 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $457.09

Attorney fees paid and disclosed by debtor:        $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Acceptance Now | Secured | 5,000.00 | NA | 5,480.00 | 438.40 | 0.00 |
| Acceptance Now | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| ACCESS NEUROCARE PC | Unsecured | 224.80 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 11.87 | NA | NA | 0.00 | 0.00 |
| Advocate Sherman Hospital | Unsecured | 1,069.38 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 911.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLL | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLL | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| BUR ACCT MANAGEMENT | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| BUR ACCT MANAGEMENT | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| BUR ACCT MANAGEMENT | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| BUR ACCT MANAGEMENT | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 135.94 | NA | NA | 0.00 | 0.00 |
| CB LANCASTER | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| Cepamerica Illinois LLP | Unsecured | 88.90 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,048.00 | 740.07 | 740.07 | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Conserve | Unsecured | 1,363.00 | NA | NA | 0.00 | 0.00 |
| CW NEXUS CREDIT CARD HOLDINGS | Unsecured | 933.00 | 632.00 | 632.00 | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 154,607.00 | NA | NA | 0.00 | 0.00 |
| First BankCard | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OMAHA | Unsecured | 409.00 | 409.16 | 409.16 | 0.00 | 0.00 |
| FOX VALLEY CARDIOVASCULAR | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY LABORATORY PHYSIC | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL LENDING SERVICES | Unsecured | 1,018.62 | NA | NA | 0.00 | 0.00 |
| GLOBAL LENDING SERVICES | Secured | 18,700.00 | 20,022.79 | 20,022.79 | 1,645.20 | 0.00 |
| GREENSBORO SERVICE CENTER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Halsted Financial Services | Unsecured | 1,303.00 | NA | NA | 0.00 | 0.00 |
| HP ILLINOIS I | Unsecured | 0.00 | 17,519.67 | 17,519.67 | 7,396.31 | 0.00 |
| HP ILLINOIS I | Secured | 352,000.00 | NA | NA | 0.00 | 0.00 |
| IICCL INTEGRATED IMAGING SOLUT | Unsecured | 40.54 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,201.00 | 1,201.11 | 1,201.11 | 0.00 | 0.00 |
| KANE COUNTY TEACHER C U | Unsecured | 2,666.00 | NA | NA | 0.00 | 0.00 |
| KCT CREDIT UNION | Unsecured | 4,170.93 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NELNET LOANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NELNET LOANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NELNET LOANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NELNET LOANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NELNET LOANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NELNET LOANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 1,160.22 | 1,160.22 | 0.00 | 0.00 |
| PATIENT FIRST | Unsecured | 119.00 | 192.25 | 192.25 | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 491.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,002.91 | 1,002.91 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 565.62 | 565.62 | 0.00 | 0.00 |
| REPUBLIC SERV | Unsecured | 61.88 | NA | NA | 0.00 | 0.00 |
| State Collection Servi | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| State Collection Servi | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| State Collection Servi | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SWISS COLONY | Unsecured | 318.00 | 318.32 | 318.32 | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 0.00 | 159,846.19 | 159,846.19 | 0.00 | 0.00 |
| WASTE MANAGEMENT | Unsecured | NA | 111.64 | 111.64 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $20,022.79 | $1,645.20 | $0.00 |
| All Other Secured | $5,480.00 | $438.40 | $0.00 |
| **TOTAL SECURED:** | **$25,502.79** | **$2,083.60** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$183,799.16** | **$7,396.31** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $457.09 |
| Disbursements to Creditors | $9,479.91 |
| **TOTAL DISBURSEMENTS:** | **$9,937.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/08/2018           By: /s/ Tom Vaughn
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**